UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COMPUTERSHARE TRUST
COMPANY, NATIONAL
ASSOCIATION,

              Plaintiff,

      - against -

STARWOOD MORTGAGE CAPITAL,
LLC,

              Defendant.

---

26-cv-1695 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **June 24, 2026**.

SO ORDERED.

Dated:    New York, New York
          June 9, 2026

                    John G. Koeltl
               United States District Judge